LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLC
BANKRUPTCY DEPARTMENT
1544 Old Alabama Rd
Roswell, GA 30076
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

March 16, 2023

Clerk, United States Bankruptcy Court
75 Ted Turner Drive S.W., Suite 1340
Atlanta, GA 30303

**REQUEST FOR SERVICE OF NOTICES**

RE:

| | |
|---|---|
| Debtor | Lisa L Laday-Davis |
| Case Number | 23-52400 |
| Chapter | 7 |
| Secured Creditor | Discover Bank |
| Loan Number | XXXXXX8680 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Discover Bank
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Rd
Roswell, GA 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ Michael J. McCormick*
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
1544 Old Alabama Rd
Roswell, GA 30076
Phone: 678-281-3918
Email: Michael.McCormick@mccalla.com
Attorney Bar No: 485749

NOA