**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LISA L. LADAY-DAVIS, | ) | CASE NO. 23-52400-jwc |
| | ) | |
| **Debtor.** | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW Burr & Forman LLP, on behalf of Northeast Bank ("Northeast Bank"), a creditor and party-in-interest to the above-styled case, and hereby files this Notice of Appearance and Request for Notices for the above-named party-in-interest, and pursuant to 11 U.S.C. §§ 102 and 342, and Fed.R.Bankr.P. 2002, 3017, 6007, 9007, and 9010(b) hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> Erich N. Durlacher
> Kelly E. Waits
> **BURR & FORMAN LLP**
> 171 Seventeenth, Street, N.W., Suite 1100
> Atlanta, Georgia 30363
> Telephone: (404) 815-3000
> Facsimile: (404) 817-3244
> edurlacher@burr.com
> kwaits@burr.com

PLEASE TAKE FURTHER NOTICE that pursuant to Fed.R.Bankr.P 2002 and 9007, the foregoing request includes not only the notice and papers referred to in the Rules specified above,

50521128 v1

but all other notices and papers, including, but not limited to: notices of any application, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, telecopier, e-mail, or otherwise (1) that affects or seeks to affect, in any way the rights or interests of any party in interest in this case with respect to (a) the Debtor, (b) property in which the Debtor might claim an interest or the proceeds thereof, and (c) property or proceeds thereof in possession, custody or control of the Debtor or others that the Debtor might seek to use; or (2) that requires, or seeks to require any act, delivery of any property, payment, or other conduct from the Debtor.

PLEASE TAKE FURTHER NOTICE that it is Northeast Bank's intent that neither this Notice of Appearance and Request for Notices nor any later appearance, pleading, claim or suit shall waive (1) Northeast Bank's right to have final orders in noncore proceedings entered only after de novo review by the District Court, (2) Northeast Bank's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Northeast Bank's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupment to which Northeast Bank is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Northeast Bank expressly reserves.

Respectfully submitted this 23rd of March, 2023.

BURR & FORMAN LLP

/s/ *Erich N. Durlacher*
Erich N. Durlacher
Georgia Bar No. 235563

50521128 v1

                                              Kelly E. Waits
                                              Georgia Bar No. 142677

                                              ***Attorneys for Northeast Bank***

BURR & FORMAN LLP
Suite 1100, 171 Seventeenth Street, N.W.
Atlanta, Georgia  30363
(404) 815-3000 [dial]
(404) 817-3244 [telecopier]
edurlacher@burr.com
kwaits@burr.com

3

50521128 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was electronically filed and served via the Court's CM/ECF system upon all parties registered to receive notice and was served via first-class, United States Mail, postage prepaid on the following:

Lisa L. Laday-Davis
798 Springs Crest Drive
Dallas, GA 30157

/s/ *Erich N. Durlacher*
Erich N. Durlacher
Georgia Bar No. 235563
Kelly E. Waits
Georgia Bar No. 142677
BURR & FORMAN LLP
Suite 1100, 171 Seventeenth Street, N.W.
Atlanta, Georgia  30363
(404) 685-4313 [telephone]
(404) 214-7387 [facsimile]
edurlacher@burr.com
kwaits@burr.com

50521128 v1