UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|  | ) |  |
| LISA L. LADAY-DAVIS, | ) | CASE NO. 23-52400-JWC |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| S. GREGORY HAYS, as Chapter 7 trustee, | ) |  |
|  | ) |  |
| Movant, | ) |  |
|  | ) |  |
| v. | ) | CONTESTED MATTER |
|  | ) |  |
| DISCOVER BANK, CBC NATIONAL BANK MORTGAGE, a division of FIRST FEDERAL BANK, INTERNAL REVENUE SERVICE, COBB COUNTY TAX COMMISSIONER, HIGH-CALIBER CONSTRUCTION, LLC CONTRACTORS, LLC, and LISA L. LADAY-DAVIS, | ) | |
|  | ) |  |
| Respondents. | ) |  |

**NOTICE OF TRUSTEE'S MOTION FOR AUTHORITY TO (A) SELL PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF ALL LIENS, INTERESTS, AND ENCUMBRANCES AND (B) DISBURSE CERTAIN PROCEEDS AT CLOSING; DEADLINE TO OBJECT; AND FOR HEARING**

**PLEASE TAKE NOTICE** that on June 22, 2023, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Lisa L. Laday-Davis ("**Debtor**"), filed *Trustee's Motion for Authority to (A) Sell Property of the Bankruptcy Estate Free and Clear of All Liens, Interests and Encumbrances, and (B) Disburse Certain Proceeds at Closing* [Doc. No. 39] (the "**Sale Motion**")

and related papers with the Court, seeking, among other things,[1] an order from the Court authorizing the sale of that certain real property known generally as 2220 Derbyshire Drive, Marietta, Georgia 30064, Cobb County, Georgia 30064 (the "**Property**"),[2] pursuant to 11 U.S.C. §§ 363(b), (f), and (m), and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c), and 9014, to Cesar A. Guevara (the "**Purchaser**"), "as is, where is," for a sale price of $671,000.00 (the "**Purchase Price**"), subject to Bankruptcy Court approval (the "**Contract**"). A true and correct copy of the Contract, as amended, is attached as Exhibit "A" to the Sale Motion and incorporated herein by reference.

Trustee estimates that the proposed sale will result in approximately $100,000.00 to $110,000.00 coming into the Bankruptcy Estate after payment of all valid encumbrances against the Property and costs of sale, and Debtor's claimed exemption in the Property.

Trustee also moves for authority to have paid at closing those liens, claims, and costs set forth in the Sale Motion. Although Trustee invites any and all parties wishing to submit a competing cash bid which exceeds the present Contract by **at least $10,000.00,** supported by earnest money of **at least two percent (2%) of the bid price**, with no contingencies, and the ability to close within ten (10) days from Bankruptcy Court approval, so long as earnest money is paid to the Trustee in good funds and any such bid is filed with the Court in the form of an objection to the Sale Motion by the Objection Deadline (as defined below).

---

[1] The following is meant only as a summary of the relief requested in the Sale Motion. To the extent that the terms of this notice and the terms of the Sale Motion conflict, the terms of the Sale Motion shall control.

[2] Capitalized terms not defined in this notice shall have the meanings ascribed to them in the Sale Motion.

2

Pursuant to Third Amended and Restated General Order No. 24-2018, the Court may Trustee invites any and all competing cash offers to be submitted so long as the cash bid exceeds consider these matters without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice (the "**Objection Deadline**"). **If you object to the relief requested in the Sale Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Michael J. Bargar, Rountree Leitman Klein & Geer LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for July 27, 2023. **The Court will hold a hearing on the Sale Motion at 11:00 a.m. (ET) on July 27, 2023 in Courtroom 1203, United States Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: June 23, 2023.

ROUNTREE LEITMAN KLEIN & GEER LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    mbargar@rlkglaw.com

Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
404-410-1220

4

## CERTIFICATE SERVICE

This is to certify that I, Michael J. Bargar, am over the age of 18 and that on this day I have caused to be served a copy of the forgoing *Notice of Trustee's Motion for Authority to (A) Sell Property of the Bankruptcy Estate Free and Clear of All Liens, Interests and Encumbrances, and (B) Disburse Certain Proceeds at Closing Claim, Deadline to Object, and for Hearing* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by first class United States Mail and/or certified mail, as indicated, to the following persons at the addresses stated:

**First Class Mail**

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

**First Class Mail**

Chuba B. Abaelu
Quintairos, Prieto, Wood & Boyer PA
365 Northridge Road, Suite 230
Atlanta, GA 30350

**First Class Mail**

Discover Bank
c/o McCalla Raymer Leibert Pierce LLC
Bankruptcy Department
1544 Old Alabama RD
Roswell, GA 30076

**First Class Mail**

Michael J. McCormick
McCalla Raymer Leibert Pierce LLC
Bankruptcy Department
1544 Old Alabama RD
Roswell, GA 30076

**First Class Mail
and Certified Mail**

John Medina, President and CEO
First Federal Bank
4705 W US Highway 90
Lake City, FL 32055

**First Class Mail**

Carla Jackson
Cobb County Tax Commissioner
PO BOX 100127
Marietta, GA 30061-7027

**First Class Mail**

Fatima Lozano
Keller Williams Realty Cityside
350 Atlanta Road, SE
Smyrna, GA 30080

**First Class Mail**

Michael Campbell
Attention: Denise Hammock
Campbell & Brannon, LLC
5565 Glenridge Connector, Suite 350
Atlanta, GA 30342

**First Class Mail**

Bill Celler
Chambers Select Realty
444 Manget St SE, #800
Marietta, GA 30060

**First Class Mail**

Daniel E. Raskin
325 Hammond Dr, Suite 114
Atlanta, GA 30328

**First Class Mail**

Lisa L. Laday-Davis
798 Springs Crest Drive
Dallas, GA 30157

**First Class Mail**
High-Caliber Construction LLC
c/o Justin Dickerson
48 Violet Lane
Dallas, GA 30132

**First Class Mail**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

**First Class Mail**
Lisa D. Smith
Bankruptcy Specialist
Internal Revenue Service
401 W. Peachtree ST, NW
M/S 334-D
Atlanta, GA 30308-3539

**First Class Mail**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
Internal Revenue Service
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308

**First Class Mail**
Department of Justice, Tax Division.
Civil Trial Section, Southern Region
P. O. Box 14198
Ben Franklin Station
Washington, D. C. 20044

**First Class Mail**
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**First Class Mail**
Georgia Department of Revenue
Compliance Division
ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3202

This 23rd day of June, 2023.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709