UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>LISA L LADAY DAVIS | CASE NO: 23-52400<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 40 |

On 6/23/2023, I did cause a copy of the following documents, described below,

Notice of Hearing on Trustee's Motion for Authority to (A) Sell Property of the Bankruptcy Estate Free and Clear of All Liens, Interests and Encumbrances, and (B) Disburse Certain Proceeds at Closing ECF Docket Reference No. 40

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/23/2023

/s/ Michael J. Bargar
Michael J. Bargar  645709
Attorney for Debtor
Rountree Leitman Klein & Geer, LLC
Century Plaza I, 2987 Clairmont Rd., Ste. 350
Atlanta, GA  30329
404 584 1238
emiller@rlkglaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>LISA L LADAY DAVIS | CASE NO: 23-52400<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 40 |

On 6/23/2023, a copy of the following documents, described below,

Notice of Hearing on Trustee's Motion for Authority to (A) Sell Property of the Bankruptcy Estate Free and Clear of All Liens, Interests and Encumbrances, and (B) Disburse Certain Proceeds at Closing ECF Docket Reference No. 40

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/23/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael J. Bargar
Rountree Leitman Klein & Geer, LLC
Century Plaza I, 2987 Clairmont Rd., Ste. 350
Atlanta, GA  30329

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO                                    EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING              (U)APAT                              CHUBA ABAELU
NCRS ADDRESS DOWNLOAD                                                              QUINTAIROS  PRIETO  WOOD  BOYER  PA
CASE 23-52400                                                                      365 NORTHRIDGE ROAD  STE 230
NORTHERN DISTRICT OF GEORGIA                                                       ATLANTA  GA 30350-6100
FRI JUN 23 11-16-14 PST 2023


AMERICAN EXPRESS                             AMERICAN EXPRESS                      AMERICAN EXPRESS NATIONAL BANK
ONE MARINA PARK DRIVE                        PO BOX 60189                          CO BECKET AND LEE LLP
BOSTON  MA 02210-1832                        CITY OF INDUSTRY  CA 91716-0189       PO BOX 3001
                                                                                   MALVERN  PA 19355-0701


AMEX                                         AUSTELL NATURAL GAS SYSTEMS           (P)PNC BANK RETAIL LENDING
CORRESPONDENCEBANKRUPTCY                     5997 HUTCHESON DRIVE                  P O BOX 94982
PO BOX 981540                                AUSTELL  GA 30106-3244                CLEVELAND OH 44101-4982
EL PASO  TX 79998-1540


EXCLUDE
MICHAEL J BARGAR                             BLUEVINE  INC                         CAPITAL ONE
ROUNTREE LEITMAN KLEIN   GEER LLC            CO DEBORAH CHOU                       ATTN BNAKRUPTCY
CENTURY PLAZA I                              401 WARREN STREET 300                 PO BOX 30285
2987 CLAIRMONT ROAD  SUITE 350               REDWOOD CITY  CA 94063-1578           SALT LAKE CITY  UT 84130-0285
ATLANTA  GA 30329-4435


CAPITAL ONE NA                               CELTIC BANK                           CHAMBERS SELECT REALTY AND BILL CELLER
4515 N SANTA FE AVE                          268 SOUTH STATE STREET                25 ALEXANDER STREET
OKLAHOMA CITY  OK 73118-7901                 SUTIE 300                             MARIETTA  GA 30060-1952
                                             SALT LAKE CITY  UT 84111-5314


                                                                                   EXCLUDE
CHASE BLUE INC                               (P)JPMORGAN CHASE BANK  N A           (D)(P)JPMORGAN CHASE BANK  N A
ATTN BANKRUPTCY DEPARTMENT                   BANKRUPTCY MAIL INTAKE TEAM           BANKRUPTCY MAIL INTAKE TEAM
PO BOX 6185                                  700 KANSAS LANE FLOOR 01              700 KANSAS LANE FLOOR 01
WESTERVILLE  OH 43086-6185                   MONROE LA 71203-4774                  MONROE LA 71203-4774


(P)CITIBANK                                  CITIBANK  NA                          CITIBANKTHE HOME DEPOT
PO BOX 790034                                5800 S CORPORATE PL                   CITICORP CREDIT SRVSCENTRALIZED BK DEP
ST LOUIS MO 63179-0034                       SIOUX FALLS  SD  57108-5027           PO BOX 790034
                                                                                   ST LOUIS  MO 63179-0034


COMENITY BANKANN TAYLOR LOFT                 COMENITY BANKOVERSTOCK                COSTCO CITI CARD
ATTN BANKRUPTCY                              ATTN BANKRUPTCY                       ATTN BANKRUPTCY
PO BOX 182125                                PO BOX 182125                         PO BOX 6500
COLUMBUS  OH 43218-2125                      COLUMBUS  OH 43218-2125               SIOUX FALLS  SD 57117-6500


                                             EXCLUDE                               EXCLUDE
DAVID FOGEL  ATTORNEYS AT LAW                (U)DAVIS INSURANCE AGENCY             (U)DELL FINANCIAL
1225 FRANKLIN AVE  SUITE 201
GARDEN CITY  NY 11530-1890
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

EXCLUDE
(U)DISCOVER BANK                    DISCOVER BANK                           DISCOVER BANKDMI
                                    DISCOVER PRODUCTS INC                   DISCOVER HOME EQUITY LOANS
                                    PO BOX 3025                             LAKE ZURICH   IL 60047
                                    NEW ALBANY  OH  43054-3025


DISCOVER FINANCIAL                  ERICH N DURLACHER                       FORTIFY DATA  INC
ATTN BANKRUPTCY                     BURR  FORMAN  LLP                       1825 BARRETT LAKES BLVD STE300
PO BOX 3025                         SUITE 1100                              KENNESAW  GA 30144-4565
NEW ALBANY  OH 43054-3025           171 SEVENTEENTH ST  NW
                                    ATLANTA  GA 30363-1029


FORTIFY DATA  INC                   FORTIFYDATA  INC                        (P)GEORGIA DEPARTMENT OF REVENUE
ATTN BOLA OGUNGBEMI                 1825 BARRETT LAKES BLVD                 COMPLIANCE DIVISION
1825 BARRETT LAKES BLVD SUITE       SUITE 300                               ARCS BANKRUPTCY
KENNESAW  GA 30144-7518             KENNESAW  GA 30144-4565                 1800 CENTURY BLVD NE SUITE 9100
                                                                            ATLANTA GA 30345-3202


GREAT AMERICAN FINANCIAL SERVI      S GREGORY HAYS                          HIGH CALIBER CONSTRUCTION LLC
PO BOX 660831                       HAYS FINANCIAL CONSULTING  LLC          48 VIOLET LANE
DALLAS  TX 75266-0831               SUITE 555                               DALLAS  GA 30132-2598
                                    2964 PEACHTREE ROAD
                                    ATLANTA  GA 30305-4909


INTERNAL REVENUE SERVICE            INTUIT  INC                             JPMORGAN CHASE BANK  NA
CENTRALIZED INSOLVENCY DEPT         CO CORPORATION SERVICE CO               SBMT CHASE BANK USA  NA
PO BOX 7346                         251 LITTLE FALLS DR                     CO ROBERTSON  ANSCHUTZ  SCHNEID  ET AL
PHILADELPHIA  PA 19101-7346         WILMINGTON  DE 19808-1674               6409 CONGRESS AVENUE  SUITE 100
                                                                            BOCA RATON  FL 33487-2853


                                    EXCLUDE                                 EXCLUDE
KENESAW CPA  LLC                    (U)KENNESAW CPA                         (D)KENNESAW CPA
1825 BARRETT LAKES BLVD
SUITE 300
KENNESAW  GA 30144-4565


KENNESTONE HOSPITAL                 KENNESTONE HOSPITALMEDICAL RE           KOHLSCAPITAL ONE
677 CHURCH ST                       PO BOX 1149                             PO BOX 3043
MARIETTA  GA 30060-1101             SEBRING  FL 33871-1149                  MILWAUKEE  WI 53201-3043


LISA L LADAYDAVIS                   LIFT FUND                               LIVE OAK BANK
798 SPRINGS CREST DRIVE             1741 TIBURON DR                         1757 TIBURON DRIVE
DALLAS  GA 30157-6591               WILMINGTON  NC 28403-6244               WILMINGTON  NC 28403-6244


                                    EXCLUDE
(P)PAYPAL                           (U)LOANCARE  LLC                        LOANCARE LLC
3505 SILVERSIDE RD                                                          ATTN CONSUMER SOLUTIONS DEPT
STE 200                                                                     3637 SENTARA WAY
WILMINGTON DE 19810-4905                                                    VIRGINIA BEACH  VA 23452-4262
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| (P)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | (P)MCCALLA RAYMER LEIBERT PIERCE  LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | SCOTT E MORRIS<br>HOLT NEY ZATCOFF  WASSERMAN  LLP<br>100 GALLERIA PARKWAY  SUITE 1800<br>ATLANTA  GA 30339-5960 |
| NAVIENT<br>ATTN BANKRUPTCY<br>PO BOX 9500<br>WILKES-BARRE  PA 18773-9500 | NAVIENT SOLUTIONS  LLC<br>220 LASLEY AVE<br>WILKES-BARRE  PA 18706-1430 | NAVY FCU<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIED  VA 22119-3000 |
| NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD  VA 22119-3000 | (P)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | NEW SOUTH PUBLISHING<br>COBB IN FOCUS MAGAZINE<br>9040 ROSWELL RD  210<br>ATLANTA  GA 30350-1892 |
| NORTH EAST BANK<br>ONE MARINA PARK DR  FLOOR 8<br>BOSTON  MA 02210-1978 | EXCLUDE<br>(U)NORTHEAST BANK | NORTHEAST BANK<br>KELLY WAITS  ESQ<br>CO BURR  FORMAN LLP<br>171 17TH ST  NW SUITE 1100<br>ATLANTA GA 30363-1029 |
| OASIS PAYCHEX<br>7600 OFFICE PLAZA DR S<br>WEST DES MOINES  IA 50266-2353 | OASISPAYCHEX<br>2054 VISTA PARKWAY  SUITE 300<br>WEST PALM BEACH  FL 33411-6742 | OFFICE OF THE UNITED STATES TRUSTEE<br>362 RICHARD RUSSELL BUILDING<br>75 TED TURNER DRIVE  SW<br>ATLANTA  GA 30303-3315 |
| ONDECK CAPITAL<br>1400 BROADWAY  25TH FLOOR<br>NEW YORK  NY 10018-5225 | PRA RECEIVABLES MANAGEMENT  LLC<br>PO BOX 41021<br>NORFOLK  VA 23541-1021 | PIEDMONT HOSPITAL<br>P O BOX 102859<br>ATLANTA  GA 30368-2859 |
| QUANTUM RADIOLOGY<br>PO BOX 100023<br>KENNESAW  GA 30156-9223 | QUANTUM RADIOLOGY<br>POBOX 3157<br>INDIANAPOLIS  IN 46206-3157 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 |
| RAPID FINANCE<br>4500 E WEST HWY FL 6<br>BETHESDA  MD 20814-3327 | DANIEL E RASKIN<br>LAW CLINIC OF DANIEL E RASKIN<br>SUITE 114<br>325 HAMMOND DRIVE<br>ATLANTA  GA 30328-5026 | REV LOCAL<br>PO BOX 2107<br>MOUNT VERNON  OH 43050-7307 |
| KATHRYN ROBERTS<br>HOLT NEY ZATCOFF  WASSERMAN<br>100 GALLERIA PKWY  SUITE 1800<br>ATLANTA  GA 30339-5960 | SHEPHERD CENTER<br>2020 PEACHTREE RD NW<br>ATLANTA  GA 30309-1465 | SMALL BUSINESS ADMINISTRATION<br>PO BOX 3918<br>PORTLAND  OR 97208-3918 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL 455 MARKET ST<br>SUITE 600<br>SAN FRANCISCO CA 94105 | SMALL BUSINESS FINANCIAL SOLUT<br>SOLUTIONS LLC<br>505 SILVERSIDE RD<br>WILMINGTON DE 19809 | SWIFT FINANCIAL LLC<br>PO BOX 208703<br>DALLAS TX 75320-8703 |
| SWIFT FUNDING SOURCE INC<br>1019 AVENUE P<br>BROOKLYN NY 11223-2364 | SWIFT FUNDING SOURCE INC<br>2474 MCDONALD AVE<br>BROOKLYN NY 11223-5233 | SYNCBOLD NAVY<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNCBCCDSTR<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY CAR CARE<br>ATTN BANKRUPTCY<br>PO BOX 965064<br>ORLANDO FL 32896-5064 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKTJX<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965064<br>ORLANDO FL 32896-5064 | SYNCHRONYASHLEY FURNITURE HOMESTORE<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNCHRONYPAYPAL CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | TEAM LOGIC<br>5460 MCGINNIS VILLAGE PLACE<br>SUITE 102<br>ALPHARETTA GA 30005-1744 | USDOEGLELSI<br>ATTN BANKRUPTCY<br>PO BOX 7860<br>MADISON WI 53707-7860 |
| UNITED STATES ATTORNEY<br>NORTHERN DISTRICT OF GEORGIA<br>75 TED TURNER DRIVE SW SUITE 600<br>ATLANTA GA 30303-3309 | VOLVO CAR FINANCIAL SV<br>1 VOLVO DR<br>ROCKLEIGH NJ 07647-2507 | KELLY E WAITS<br>BURR FORMAN LLP<br>SUITE 1100<br>171 17TH STREET NW<br>ATLANTA GA 30363-1029 |
| WELLS FARGO<br>PAYMENT REMITTANCE<br>PO BOX 29482<br>PHOENIX AZ 85038-9482 | WELLS FARGO<br>PAYMNET REMITTANCE CENTER<br>PO BOX 77033<br>MINNEAPOLIS MN 55480-7733 | WELLS FARGO BANK NA<br>SMALL BUSINESS LENDING DIVISION<br>PO BOX 29482 MAC S4101-08C<br>PHOENIX AZ 85038-9482 |
| WELLS FARGO LINE OF CREDIT<br>PO BOX 511749<br>LOS ANGELES CA 90051 | WELLS FARGO NATIONAL BANK<br>P O BOX 660553<br>DALLAS TX 75266-0553 | WELLSTAR HEALTH SYSTEMS<br>805 SANDY PLAINS RD<br>MARIETTA GA 30066-6340 |