**IN THE UNITED STATES BANKRUPTCY COURT FOR**
NORTHERN **DISTRICT OF** GEORGIA
ATLANTA **DIVISION**

In re

LISA L LADAY-DAVIS

Debtors.

In Chapter 7 Proceeding
Case No. 23-52400

**REQUEST TO DISCONTINUE SERVICE OF NOTICES**

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 3/14/2023    Docket Number 5 .

Dated: This 7 th day of July , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

DANIEL E RASKIN
Attorney

GREGORY S HAYS
Chapter 7  Trustee

Dated: This 7th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257